**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for Chase Home Finance LLC and
JP Morgan Chase Bank N.A.
[FILE 09-011046 CHE]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GERALD DENNIS MARA AND PAULETTE MARA,<br><br>           Debtor. | Case # 4:09-bk-03696-EWH<br><br>Chapter 13 Proceedings |
| CHASE HOME FINANCE LLC AND JP MORGAN CHASE BANK N.A., its assigns and / or successors-in-interest,<br>           Movant,<br>v.<br><br>GERALD DENNIS MARA AND PAULETTE MARA, Dianne C. Kerns, Trustee,<br>           Respondents. | **NOTICE OF FILING OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF REQUIREMENT TO FILE AN ANSWER**<br><br>Re: Real Property located at 13413 East Almond Crest Drive Tucson, AZ 85641 |

**NOTICE IS GIVEN** that the undersigned attorney represents the Movant and has filed a motion requesting relief from the automatic stay the details of which are as follows: Movant is the holder or servicer of a Note secured by a Deed of Trust recorded against certain real property described below. Movant is seeking relief from the automatic stay to foreclose its Deed of Trust, due to default in payment on the Note.

**Legal Description**:
   LOT 1106, RANCH DEL LAGO, ACCORDING TO THE SUBDIVISION
   RECORDED IN THE OFFICE OF THE PIMA COUNTY RECORDED,
   PIMA COUNTY, ARIZONA, IN BOOK 57 OF MAPS PAGE 34

**Property Address:** 13413 East Almond Crest Drive, Tucson, AZ 85641

For further particulars, please see the Motion on file with the clerk of the U.S. Bankruptcy Court in Arizona. General questions regarding this bankruptcy case should be addressed to the attorney for the DEBTOR, if any, at the address listed on the bankruptcy petition filed with the clerk of the U.S. Bankruptcy Court in Arizona. Do not direct general inquiries to our office.

**FURTHER, NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001 if no written objection is filed with the Court and a copy served on the attorney for Movant whose address is shown at the upper left corner of this document **WITHIN 15 DAYS** of service of the motion, the motion for relief from the automatic stay may be granted without further notice or hearing. Only those parties filing objections will receive notice of any hearings on this matter.

DATED this 20th day of April, 2009.

/s/ JPS Bar #019999
Jason P. Sherman
Attorney for CHASE

**CERTIFICATE OF SERVICE**

I hereby certify that  6  copies of the foregoing were mailed this 21st day of April, 2009 to all interested parties and creditors as shown on the master mailing list attached to the original filed with the court.

By /s/ Stephanie Sandford

The original, with copy of the master mailing list attached, was filed this 21st day of April, 2009 with:

United States Bankruptcy Court
38 S Scott Ave, Suite 204
Tucson, AZ 85701

Copy of the foregoing was mailed
this 21st day of April, 2009 to:

```
 1
    Chapter 13 Trustee:
 2  Dianne C. Kerns
    7320 N. La Cholla #154
 3  PMB 413
    Tucson, AZ 85741-2305
 4
    Attorney for Debtor:
 5  Alan R. Solot, Esq.
    459 N. Granada Avenue
 6  Tucson, AZ 85701

 7  Debtor:
    Gerald Dennis Mara and Paulette Mara
 8  13413 East Almond Crest Drive
    Tucson, AZ 85741
 9

10

11  By /s/ Stephanie Sandford
```